UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-23396-COOKE/DAMIAN

JOSE ALEXANDER DA SILVA ASCANIO,

    Petitioner,

v.

MERY ALEJANDRA DIAZ CRESPO,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before me on the Report and Recommendation ("R&R") of the Honorable Melissa Damian, U.S. Magistrate Judge, ECF No. 73, regarding Petitioner, Jose Alexander Da Silva Ascanio's Motion and Application for Award of Fees and Costs Pursuant to 22 U.S.C. § 9007(b)(3), ECF No. 65. In her R&R, Judge Damian recommends that I grant the motion and award Petitioner $39,072.50 in attorneys' fees and $4,476.69 in costs. *See* ECF No. 73 at 8 (specifying relief to be granted). The parties have not filed objections to the R&R, and the time to do so has passed.

I have reviewed Plaintiff's motion, the briefing and accompanying exhibits, Judge Damian's R&R, the record, and the relevant legal authorities. Having done so, I find Judge Damian's R&R to be clear, cogent, and compelling.

Accordingly, Judge Damian's R&R is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that the motion is **GRANTED** as set forth in the R&R. Petitioner is therefore awarded $39,072.50 in attorneys' fees and $4,476.69 in costs for a total award of $43,549.19 in fees and costs. Additionally, in accordance with Judge Damian's R&R, Respondent is **ORDERED** to complete and serve a Form 1.977 Fact Information Sheet on Petitioner's counsel.

**DONE and ORDERED** in chambers, at Miami, Florida, this 2nd day of June 2022.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to: *Melissa Damian, U.S. Magistrate Judge*

*Counsel of record*

*Mery Alejandra Diaz Crespo* (via email)